UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

The Honorable Natalie Hirt Adams
Courtroom 11A

United States v. James Oxley
8:24-mj-3002-LSG

| | |
|---|---|
| **Date**: December 23, 2024 | **Court Reporter**: Digital |
| | **Interpreter**: N/A |
| **Time**: 3:14 PM– 3:35 PM  \| Total: 21 mins. | **Deputy Clerk**: Clara Reaves |
| **Government Counsel** | **Defense Counsel** |
| Ilyssa Spergel, AUSA | Yamilette Alvarez, AFPD |

**Initial Appearance/Detention Hearing**

Defendant present with counsel.

Arrest Date: 12/23/2024

Court summarizes the charges and advises Defendant of Rule 5 rights.

Proceedings conducted pursuant to Rule 5(c).

Oral Motion to appoint counsel by defendant.

CJA Financial submitted for approval. Court finds that the Defendant unlikely qualifies for Court appointed counsel but AFD agrees to represent Defendant for limited purpose of hearing. Defendant instructed to seek counsel.

Defendant waives preliminary hearing.

Government seeks detention.

Defendant seeks release.

Parties argue matter.

For the reasons stated on the record, Court orders Defendant detained.

Due process oral order given.

Defendant remanded to the custody of the USMS.